# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
# HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District  Eastern District of MO. |
|---|---|
| Name (under which you were convicted): Rafael Arden Jones | Docket or Case No.: |
| Place of Confinement: Missouri Eastern Correctional Center 18701 U.S. Highway 60 | Prisoner No.: 244989 |
| Petitioner (include the name under which you were convicted)  Rafael Arden Jones   v.   Respondent (authorized person having custody of petitioner) 22nd Judicial Circuit of State of Missouri |
| The Attorney General of the State of  Cris Koster |

International Covenant on Civil and Political Rights DEC 16th, 1966, 999 UNTS. 171 (1966)  **PETITION** Violations! Writ of Liberty Along with Exhibit A, B, C, & D = 7 pages

1. (a) Name and location of court that entered the judgment of conviction you are challenging: 22nd Judicial Circuit of St. Louis MO. 63101 10 North Tucker Blvd.

    (b) Criminal docket or case number (if you know): One of Three Case numbers known is 0822-CR0 2563-01

2. (a) Date of the judgment of conviction (if you know): August 8th, 2009

    (b) Date of sentencing: Judge Dismissed and threw out all three cases I'm filing on.

3. Length of sentence: none

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐  No ☑

5. Identify all crimes of which you were convicted and sentenced in this case: none → Circuit Judge Mark Neil threw out Case# 0822-CR0 2563-01; United States District Judge Hearey Autrey threw out the 1 count of UUW or CCW charge back in 1991 or 1992 when he was a Circuit Judge. And I never had a trial or plead guilty to 1 count of Threaten and Frighten to Disturb.

6. (a) What was your plea? (Check one)

    (1) Not guilty ☑      (3) Nolo contendere (no contest) ☐

    (2) Guilty ☐           (4) Insanity plea ☐

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? nothing all three charges listed above was thrown out of courts by the Circuit Judges, But appears as Convictions on my Record! This is acts of Violation of §59.036.3 RSMO.

Violation of The Convenant of Basic Principles of The Independence of The Judiciary, GA.Res no 40/32 (Nov. 29th 1985) GA.Res. no. 40/146 (Dec 13th, 1985)

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐   Judge only ☐   NO TRIALS!

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐   No ☐   NO HEARINGS HELD!

8. Did you appeal from the judgment of conviction?

Yes ☐   No ☐   WAS not EVER Convicted on Anyone of these charges.

9. If you did appeal, answer the following:
   (a) Name of court: 22nd Judicial Circuit Carnahan Court System
   (b) Docket or case number (if you know): 0822-CR02563-01
   (c) Result: Circuit Judge Mark Neil Dismissed Case, threw it out of Courts
   (d) Date of result (if you know): August 8th or 10th, 2009
   (e) Citation to the case (if you know): Unlawful Merchandising
   (f) Grounds raised: Craig Thomas Never performed any work to set up my Small Business internet system. He disappeared for 2 months without performing job task he was Contracted to do in that week, so I stopped payment on the check! Brandon Tolson was my witness in Courts that Craig Thomas Attempted to Steal my Funds By Deciet!
   (g) Did you seek further review by a higher state court?   Yes ☑   No ☐

   If yes, answer the following:
   (1) Name of court: 22nd Judicial Circuit of St Louis Mo. 63102
   (2) Docket or case number (if you know): 0822-CR02563-01
   (3) Result: Honorable Judge Mark Neil Dismissed this charge out of Courts, upon learning of the facts! Dismissed with prejudice
   (4) Date of result (if you know): Aug. 8th, 2009
   (5) Citation to the case (if you know): None
   (6) Grounds raised: Unlawful Merchandising By Craig Thomas and an Attempt to Steal By Deciet. He never performed any work at all as was promissed within the time Frame of Two weeks.

   (h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑

   If yes, answer the following:
   (1) Docket or case number (if you know): N/A

Due to Craig Thomas actions I had to outsource my Companies internet service!

Page 4

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

   Yes ❏   No ❏

11. If your answer to Question ~~10~~ Second Claim was "~~Yes~~," give the following information:

   (a) (1) Name of court: 22nd Judicial Circuit of St.Louis mo. 63101

   (2) Docket or case number (if you know): Unknown

   (3) Date of filing (if you know): 1991 or 1992 or 1993

   (4) Nature of the proceeding: Unlawful use of weapon or CCW

   (5) Grounds raised: Illegal seizures of property in violation of 4th Amend. U.S.C.A., Unlawful Detention. Back in one of those years the police officer without a warrant, went into somebodies house, without a warrant (search) into somebodies closet took their gun. Then came two blocks down the street and put it on me, or turned it in under my name. Back when District Judge Henley was a Circuit Judge in the Carnahan Court House He order the case torn up and Discarded. Thrown out of Courts.

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ❏   No ☑

   (7) Result: Henley Antrey Threw out the case in front of my face!

   (8) Date of result (if you know): Unknown

   (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court: "no" no need to it was Dismissed with prejudice!

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised: 4th Amend. Illegal seizures and search of home without search warrant. Supplementary Convention on the Abolishment of Slavery, the Slave Trade, And Institutions and Practices Similiar to Slavery! 266 UNTS 3 (Apr. 30th 1957).

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: 22nd Judicial Circuit Carnahan Court System.

    (2) Docket or case number (if you know): Unknown

    (3) Date of filing (if you know): 2009

    (4) Nature of the proceeding: One Count of Threaten and Frighten to Disturb.

    (5) Grounds raised: "Not guilty", I alerted Elouise Goodwin of Bank of America that I was taking her to Courts for Violation of The Sherman Act Antitrust Violations for theft of Securities. I informed her of my rights. That's not a threat. I never plead guilty or had a trial. "Tim Duncan v. Louisiana." They can not place Convictions under your record of none that never happened without a guilty plea or trial on record. There Exists "no" court records of my entering a guilty plea or trial in any one of these convictions listed! You can not be denied a trial even on a misdemeanor

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ☐  No ☑

(7) Result: It appeared on my records as a conviction

(8) Date of result (if you know): N/A 2009

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    Yes ☐  No ☑

    (2) Second petition:  Yes ☐  No ☑

    (3) Third petition:   Yes ☐  No ☑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: Under 559.036.3 RSMO. The Judges exercised their Discretion under law to Dismiss with prejudice all Three Charges upheld by United States Supreme Courts.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u> Violations of The Covenant on The Elimination of All Forms of Racial, Social, Economical And Educational Discrimination ART I (2), ART I (3) GA RES. 217 A (III) DEC. 10th 1948

**GROUND ONE:** Collateral Attack under 998 (.16) Violation of 28 U.S.C.A. ART 3§ 1, F.R.P. § 3723 Frauds upon the Courts

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Violation of 18 U.S.C 1964 (d) & (c) Frauds and Corruption By the Court Clerks of The Carnahan Judicial System in Violation of § 18 U.S.C. §121, §22, §24 By City or County officials, Clerks, Dares On two of these listed petition charges The Circuit Judges Ordered Cases thrown out of Courts with prejudice under §59.036.3 RSMo. The Court Clerks are not Abiding By what the Judges Ordered By acts of Computer Fraud in Violation §18 USC 3816 they are typing those Cases in Computer As Convictions

(b) If you did not exhaust your state remedies on Ground One, explain why: These Convictions or listed libelous Convictions Did not Show up until 2014 on my Record.

(c) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ❏   No ☑
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: You "cannot" Appeal Convictions That never happened!

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☑  No ❏
   (2) If your answer to Question (d)(1) is "Yes," state:
      Type of motion or petition: Parole Grievance per. P7-1.7
      Name and location of the court where the motion or petition was filed: Missouri Board of Probation and Parole 3400 Knipp Drive Jefferson City, Mo. 65109, Included with this petition!

Docket or case number (if you know): The Parole Board Administrator never assigned my complaint a case number. They won't answer it!

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): They put all our parole grievences in our files and never answer them or redress our complaints or claims.

(3) Did you receive a hearing on your motion or petition?

   Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

   Yes ☐   No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: I filed an "IRR" informal Resolution Request with the MO. Dept. of Corrections.

Docket or case number (if you know): They never assigned it one!

Date of the court's decision: No answer at all!

Result (attach a copy of the court's opinion or order, if available): They never answer any IRR's or IRR Grievence appeals I file. They ignore the problem and put it off on someone else.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: No State shall convert a liberty into a priviledge, license it, attach a fee to it! Murdock v. Penn 319 U.S. 105 See Exhibit from MECC's Records Officer (Lynn Priest.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: I requested a print out of my Criminal History. From Lynn Priest of MECC's Records Office, she told me to get it from the MO. Highway Patrol's office. Judicial Enforcement Crimes Against Humanity S.C. Res 808 Feb. 22nd, 1993 S.C. Res. 827. May 25th 1993 reprinted in 32 ICJ 1203 (1993) U.N. Doc. S.25.704 (1983)

GROUND TWO: Tampering with Public Records in Violation of 575.110 RSMO. and Violation of 575.130 Simulating Legal Process.

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.): These Actions by Circuit Judges Court Clerks of placing unfounded Convictions under Innocent Citizens Records using State Facilities for Criminal Activities is a Violation of 18USCA. § 2339 (C) Title II 2339 (A)(B) Actions that threaten

The welfare of the mass public is acts of Domestic Terrorism, whenever Clerks of Courts totally disregards a Judges orders it's dangerous to the welfare of the mass Public." Domestic Terrist!

(b) If you did not exhaust your state remedies on Ground Two, explain why: In Violation of 575.020RSMo The Clerks of Courts Conceal any post trial Conviction petition filed by inmates or Public to prevent the Judges from finding out about their actions. Concealment of offences.

(c) **Direct Appeal of Ground Two:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐   No ☑

  (2) If you did not raise this issue in your direct appeal, explain why: All State Governments must take action or counter measures when the offending state has Breached Fundamental legal obligations Namibia 1971 ICJ At 55-56.

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

  Yes ☑   No ☐

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: Government Accountability, 2 USCA. Const. Art 2, Ch 1

  Name and location of the court where the motion or petition was filed: United States Supreme Courts

  Docket or case number (if you know): 408 U.S. 238 Furman v. Georgia

  Date of the court's decision: C 1972)

  Result (attach a copy of the court's opinion or order, if available): The Supreme Courts of the United States upheld The Judges exercise of Descretion, Therefore Clerks can not override a judges.

  (3) Did you receive a hearing on your motion or petition?

  Yes ☐   No ☑

  (4) Did you appeal from the denial of your motion or petition?

  Yes ☐   No ☑

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐   No ☑

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: I wrote a Certified letter to the Missouri State Highway Patrols Administrative Director on May 13th, 2014 and Still have not Recieved any Reponce or Correspondence.

**GROUND THREE:** 18 U.S.C. § 373 Treasonable Act and Sentencing § 4556 § 3 at 4 of Offenders, Violation of Universal Declaration of Human Rights Art 2(7) of the Charter (GA.RES. 217A(III)) Dec. 10th 1948

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Whenever Clerks Violate the laws of This State and the United States By Purposely Falsifying Records in Disregard of The Circuit Judges Orders while Hes upholding the MO. State Const. and the United States Const. This shows Clearly Acts of Treason! This Court must Bring those individuals to Justice By any means necessary!

(b) If you did not exhaust your state remedies on Ground Three, explain why: Jurisdiction of Such matters are Federal Jurisdictional Issues 28 USC § 1343 (a)(4) Under Government Accountability this Court must persue terrorist on Homeland.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Under General Principles of Laws this Court can prosecute and Hear this Petition or transfer this case infront of the International Court of Justice for prosecution of the Defendants out of The Carnahan Court System 22nd Judicial Circuit of MO.63102

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post trial motion under 27.26 Rule

Name and location of the court where the motion or petition was filed: Carnaghan Carts 10 north Tucker Blvd. St. Louis, Mo. 63101

Docket or case number (if you know): 0822-CR07366-01

Date of the court's decision: None (no answer at all)

Result (attach a copy of the court's opinion or order, if available): None Available

(3) Did you receive a hearing on your motion or petition?
Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?
Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: United States District Courts of Missouri 63102 111 S. 10th Street / Southeastern Division

Docket or case number (if you know): 4:10-CV-495-LMB

Date of the court's decision: Jan 27th, 2013

Result (attach a copy of the court's opinion or order, if available): Courts Dismissed my Habeas Corpus petition in a libelous assertion stating I plead guilty! And waited for time to run out on case I was actually sentenced on 0822-CR07366-01

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: The United States Magistrate Judge Mr Lewis M. Blanton retired and upon his leaving the Bench he dismissed every Federal Habeas Corpus petition he was overseeing in violation of the 4, 5, 6, 9, 8, 13th, 14th, 24th, 27th & 29th Amends. USCA. Const.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: I filed an appeal on case no# 4:10-CV-495-LMB in the US Dist. Courts of Appeals 8th Circuit of Mo. 63102 Case #13-1888 and the U.S. Dist. Court of Appeals Clerks refused to publish my petition.

Ground Four → Violation of the Convention against Torture and other Cruel Inhuman or Degrading Treatment or Punishment G.A Res. 39/46 Dec. 10th 1984, 39 U.N. GAOR Supp. no. (51) at 197 (1984) Page 11

**GROUND FOUR:** Violation of Restatment "Third" of Foreign Relations Law of the United States, Section 712, Fraud when Dealing with Securities

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
"Scienter Act" Attorney General Andrew Hassell used his influence with the Clerk of the Carnahan System in a libelous implementation as to give the idea as though that Check incident with Craig Thomas "Jr." had something to do with Bank of America and Antitrust Violations of the Sherman Act Committed by Himself and His Wife. These charges are libelous Assertions in connection with Securities By Andrew Hassell. These are International Crimes By Defend -ants

(b) If you did not exhaust your state remedies on Ground Four, explain why: Model Treaty on Extradiction has an Extradite to prosecute Clause that once Plaintiff reports Acts of Domestic Terrorism. This court must exercise its assistance to Bring those responsible for these acts to justice

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Members on the MO. Parole Board Oversight Commission helped Andrew Hassell

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Exparte Petition to the Internal Revenue Service and the Federal Reserve
Name and location of the court where the motion or petition was filed: Washington D.C. 20225

Docket or case number (if you know): Unknown
Date of the court's decision: Unknown / IRS attempted to give my account back in may 2013 but Parole Board took forms from me.
Result (attach a copy of the court's opinion or order, if available): Andrew Hassell used his influence with the members of the Parole Board Oversight Commission he serves on to send me Back to prison illegally.

(3) Did you receive a hearing on your motion or petition?
Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?
Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: I Filed A Parole Appeal under 6-6.4 But the MECC mail Clerk stopped it from leaving This Facility.

Docket or case number (if you know): unknown, The are not assigning numbers to our Parole Grievances to Conceal their Criminal Acts.

Date of the court's decision: none

Result (attach a copy of the court's opinion or order, if available): Next I Filed IRR Grievence with the Mo. Dept. of Corrs. MECC14-210, they stated it wasn't "an Grievable Issue." unquote.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: 18USC 1964(c) Conspiracy and Rico Statute Violations B, The Parole Board of Missouri, MO. Dept. of Corrs., Andrew Harrell to Conceal Antitrust violations of the Sherman Act, Clayton Act, Dodd-Frank Act, Wheeler-Lea Act of Racketeering.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: Without any Administrative Remedies to Correct Wrong Being Inforced and Due to master Servant Relationship Because those Government Bonds, I'm now turning to US District Courts.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☐   No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: There are not any Circuit Court Records or Court docket Transcripts that Exist on these Claims Due to Judges Dismissal with prejudice of listed "Id" charges in my petition Claimed, So I have nothing to send any Courts.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: I didn't know they had done these acts until this June 2014 when I was sent a Case net Report.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

N/A

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: On Coin Charge MR. David Stokles, on passing a Bad check - unknown, On Threaten Rights to Disturb none.

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: __NONE__

(b) Give the date the other sentence was imposed: __NONE__

(c) Give the length of the other sentence: __NONE__

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* 28 USC 2244(cd), Section 2 The date in which the Factual predicate of the Claim or Claims presented could have been Discovered Through the exercise of Due Diligence. Also under Ware v. Hylton 3 Dallas 199 (1796) The Supremacy Clause Art VI Sec 2 of our Constitution which states that Treaties have Supream Supremacy over State Laws.

#2) § 28 USC § 1350 U.S. Dist Courts has Jurisdiction to Hear Cases in Violation of Treaties.

#3) No Exhaustion of Foreign Remedies Required, 28 USC 1605 (A)(3).

#4) U.S.CA. Const 1st, 28 USC § 1345 Give Jurisdiction to Federal Courts

5) Injunctive Relief Pursuant to 42 USC 2274(a)-2280 United Nations Charters 14, 17, 19, 21, 23 & 26 International Bill of Rights Universal Declaration of Human Rights GA Res 217 (A)(III) Dec. 10th 1948 Granting Asylum United States v. Guests 383 U.S. 745, 757, 758 (1966), 30 Brit Y.B. Int'l 478, 482 (1953) Public Relief 19, Housing 17, Employment 21, Travel Freedom of Movement #26

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

  (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: __RECORD CLEARED OF THESE CONVICTIONS BY ORDER OF CLERKS TO ABIDE BY THE Judges Descretion §59.036.3 RSMO__

or any other relief to which petitioner may be entitled. 559.036.3 RSMO

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __June 6th, 2014__ (month, date, year).

Executed (signed) on _____ (date).

__Rafael Jones 244909__
Signature of Petitioner

---

*(...continued)
 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. 28 U.S.C.

N/A

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

§ 28 U.S.C. § 1915 (d)

§ 1915 (c)